# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:13CR375 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TRACY JOHNSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant to review detention and a request for a Pretrial Services investigation (Filing No. 19). The request for a Pretrial Services investigation is granted. Based upon the Pretrial Services investigation (Filing No. 20 - Sealed), Johnson's motion to review detention is denied.

**IT IS SO ORDERED.**

DATED this 7th day of November, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge