# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR375 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TRACY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of First Assistant Federal Public Defender Shannon P. O'Connor and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Tracy Johnson (Johnson) (Filing No. 24). Mr. O'Connor represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. O'Connor's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 24) is granted. Deborah D. Cunningham, 12020 Shamrock Plaza, #300, Omaha, NE 68154, (402) 334-3900, is appointed to represent Johnson for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Ms. Cunningham with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Johnson's defense.

The clerk shall provide a copy of this order to Ms. Cunningham, and she shall file her appearance forthwith.

**IT IS SO ORDERED.**

DATED this 21st day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge