IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 8:13CR375 |
| vs. | ) ) ) | ORDER |
| TRACY JOHNSON, | ) ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Tracy Johnson (Johnson) made during a telephone conference with counsel on December 2, 2013. Johnson was represented by Deborah D. Cunningham and the United States was represented by Assistant U.S. Attorney Meredith Tyrakoski. Johnson seeks additional time in which to file pretrial motions in accordance with the progression order. Johnson's counsel represents that Johnson will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Counsel for the government had no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Johnson's oral motion for an extension of time is granted. Johnson is given until **on or before December 18, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **December 2, 2013, and December 18, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 2nd day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge