IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TRACY JOHNSON,<br><br>            Defendant. | 8:13CR375<br><br>ORDER |

This matter is before the Court on appeal, Filing No. 49, of the magistrate judge's order, Filing No. 48. The defendant filed a motion for copies of docket sheet entries and legal documents, Filing Nos. 44 and 47, in order to determine if he wanted to file a habeas petition pursuant to 28 U.S.C. § 2255. The magistrate judge denied the motions, concluding that under the law defendant must first file his petition. *See* Filing Nos. 45 and 48 - Orders (citing *Chapman v. United States*, 55 F.3d 390, 390-91 (8th Cir. 1995) (stating any request for a free transcript prior to the filing of a § 2255 motion is premature)). The Court finds the magistrate judge is correct in all respects and denies the appeal

THEREFORE, IT IS ORDERED THAT:

1. Defendant's appeal of the magistrate judge's order, Filing No. 49, is denied.

2. Defendant's motion for copies, Filing Nos. 44 and 47, are denied.

Dated this 12th day of June, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge