# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR375 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | |
| TRACY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court from the proceedings held on June 26, 2019, before the Honorable Senior Judge Joseph F. Bataillon.

On Consideration, the Court hereby ORDERS: that the Defendant shall be released from the U.S. Marshal's custody on Wednesday, July 10, 2019, no later than 9 a.m. Defendant will be released to the staff of the Federal Public Defender or an alternate person that has been approved by Probation Officer Kala Hayden. Defendant will be released from the Roman L. Hruska Federal Courthouse, U.S. Marshal Office and is ordered to go directly to NOVA Treatment Community at 8502 Morman Bridge Road, Omaha, NE 68152, to reside there and participate in the residential treatment program until successful discharge from the program.

In addition, the Defendant remains subject to all of the previously ordered conditions of his supervised release. Further, the Court orders that if the Defendant fails to remain at the NOVA Treatment Community and obey all the rules of said program, the Court shall be notified immediately so that a warrant may issue.

DATED this <u>2nd</u> day of July, 2019.

BY THE COURT:

_____
United States Senior District Judge
Honorable Joseph F. Bataillon